1    AARON D. FORD
       Attorney General
2    DAVID A. BAILEY, Bar No. 13661
       Deputy Attorney General
3    State of Nevada
     100 N. Carson Street
4    Carson City, Nevada 89701-4717
     Tel: (775) 684-1163
5    E-mail:  dabailey@ag.nv.gov

6    *Attorneys for Defendants under*
     *Limited Appearance for*
7    *Settlement Discussions Only*

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10   BRYAN DRYDEN,
                                                Case No.  2:20-cv-01699-APG-DJA
11                        Plaintiff,

12   v.                                         **STIPULATION AND ORDER TO DISMISS**
                                                           **WITH PREJUDICE**
13   H. WICKHAM, et al.,

14                        Defendants.

15

16        IT IS HEREBY STIPULATED by and between Bryan Dryden, in proper person, and

17   Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    David A. Bailey, Deputy Attorney General, that based on the settlement agreement between the

2    parties, the above-captioned action should be dismissed with prejudice by order of the Court, with

3    each party to bear its own costs.

4    DATED February 14, 2022.                           DATED February 24, 2022.

5                                                        AARON D. FORD
                                                         Attorney General
6

7    By: _____                      By: _____
8        BRYAN DRYDEN                                        David A. Bailey, Bar No. 13661
         Plaintiff, Pro Se                                   Deputy Attorney General
9                                                            *Attorneys for Defendants under*
                                                             *Limited Notice of Appearance for*
10                                                           *Settlement Discussions Only*

11

12

13                                                       **IT IS SO ORDERED**

14

15                                                       _____
16                                                       **U.S. DISTRICT JUDGE**

17                                                       **DATED:**  February 25, 2022

18

19

20

21

22

23

24

25

26

27

28